IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DONALD L. HUDSON, JR., | * |
| Plaintiff, | * |
| v. | Case No. 1:21-CV-197 (WLS)(TQL) |
| | * |
| SUMTER COUNTY LEC, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated November 8, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of November, 2021.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk